**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 756 MAL 2018

            Respondent          :

             :   Petition for Allowance of Appeal from

             :   the Order of the Superior Court

          v.             :

                     :

FREDIL OMAR RODRIGUEZ FUENTES,   :

                     :

           Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.